# IN THE SUPREME COURT OF THE STATE OF NEVADA

SALLY DORIAN VILLAVERDE,
                        Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
                        Respondent.

No. 77750

FILED

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for transcripts at state expense. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for transcripts at state expense, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                             Cadish

19-06776

cc: Hon. Douglas Smith, District Judge
Sally Dorian Villaverde
Attorney General/Las Vegas
Eighth District Court Clerk